UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
EVRYTHNG LIMITED,   :
      :
      Plaintiff,   :
      :   21-cv-4411 (LJL)
  -v-   :
      :   ORDER
AVERY DENNSION RETAIL INFORMATION   :
SERVICES LLC and AVERY DENNISON RFID   :
COMPANY,   :
      :
      Defendants.   :
      :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Parties are directed to deliver to Chambers located in Room 1620 at the 500 Pearl Street Courthouse by 12:00 p.m. on Friday, June 23, 2021 two copies of their respective memoranda in support and in opposition to the preliminary injunction, as well as two copies of all declarations and exhibits to be used at the hearing.

    SO ORDERED.

Dated: June 23, 2021                               _____
      New York, New York                            LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021