UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
EVRYTHNG LIMITED,                                                :
:
                                  Plaintiff,                     :
:
                -v-                                              :
:
AVERY DENNISON RETAIL INFORMATION                               :
SERVICES, LLC and AVERY DENNISON RFID                           :
COMPANY,                                                         :
:
                                  Defendants.                   :
:
------------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:__8/2/2021___             │
└─────────────────────────────────────┘
```

21-cv-4411 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

        For the reasons stated in the Opinion and Order filed by the Court today, Plaintiff's motion for a preliminary injunction is DENIED.  In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, the Opinion and Order is temporarily filed under seal.  The parties shall meet and confer with respect to potential redactions and within one week of the date of this Order, i.e., by August 9, 2021, the parties shall file any proposed redactions pursuant to the Court's Individual Practices.  The Court will rule on any outstanding motions to seal at the same time it rules on any proposed redactions to the Opinion and Order.

        The parties are directed to appear for a telephonic initial pre-trial conference on September 2, 2021 at 11:00 a.m.  Parties are directed to dial (888) 251-2909 and use access code 2123101.

        IT IS FURTHER ORDERED that, by August 26, 2021, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

        The time period for any Defendant intending to move to dismiss pursuant to Federal Rule of Civil Procedure Rule 12 will be extended until further order of the Court upon the filing of a simple letter with the Court within the time permitted under Federal Rule of Civil Procedure 12(a) and prior to the time the above-mentioned submission is made. Such letter should simply indicate in one sentence the Defendant's intent to make a motion to dismiss.

SO ORDERED.

Dated: August 2, 2021
     New York, New York

_____
LEWIS J. LIMAN
United States District Judge