```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EVRYTHNG LIMITED,                                                :
                                                                 :
                            Plaintiff,                           :
        -v-                                                      :      21-cv-4411 (LJL)
                                                                 :
                                                                 :           ORDER
                                                                 :
AVERY DENNISON RETAIL INFORMATION                                :
SERVICES, LLC and AVERY DENNISON RFID                            :
COMPANY,                                                         :
                                                                 :
                            Defendants.                          :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff moves for leave to file an amended complaint and to seal certain documents in connection with this motion. Plaintiff's request to file an amended complaint is GRANTED. Plaintiff's motion to file its memorandum of law in support of its motion for leave to file an amended complaint with redactions is DENIED. Plaintiff's motion to file Annex 1 with redactions is GRANTED in part and DENIED in part. The redactions to Annex 1 that are permitted are those requested at:

1. The second sentence of paragraph 20;
2. Paragraph 60 except for the last sentence;
3. Paragraphs 81, 111, 113, 115, 126, 153, 263, 264, 265, 305, 319, 327, 330, and 332;
4. The customer names appearing in paragraphs 147, 149, 150, 165, 199, 222, 223, 226, 306, and 338;
5. The country names appearing in paragraphs 155 and 258;
6. The fourth and fifth lines of paragraph 283;
7. The sixth through ninth lines of paragraph 318; and
8. The boxed content of paragraph 335.

Plaintiff's motion to file Exhibits A–G to Annex 1 under seal is DENIED without prejudice to Plaintiff renewing the motion within one week and limiting the request to those portions of the agreements that contain commercially or competitively sensitive information.

2

The Clerk of Court is respectfully directed to close Dkt. Nos. 119 and 120.

SO ORDERED.

Dated: October 29, 2021  
       New York, New York

                                            LEWIS J. LIMAN  
                                        United States District Judge