```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
EVRYTHNG LIMITED,                                                  :
                                                                   :
                          Plaintiff,                               :
         -v-                                                       :    21-cv-4411 (LJL)
                                                                   :
                                                                   :          ORDER
                                                                   :
AVERY DENNISON RETAIL INFORMATION                                  :
SERVICES, LLC and AVERY DENNISON RFID                              :
COMPANY,                                                           :
                                                                   :
                          Defendants.                              :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Plaintiff's motion for reconsideration is granted and the limited redactions are permitted subject, however, to the information being unsealed in whole or in part upon motion by any party or by the Court *sua sponte* or upon the information being subject to any action where the information is relevant to the Court's determination of the "litigants' substantive legal rights." *See Logosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006). The Court's ruling should not be read, one way or the other, to reflect a prejudgment by the Court as to whether the redacted information is entitled to protection under state or federal law.

    The Clerk of Court is respectfully directed to close Dkt. Nos. 125 and 126.

    SO ORDERED.

Dated: November 2, 2021  
       New York, New York

                                                       LEWIS J. LIMAN  
                                                  United States District Judge