UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
EVRYTHNG LIMITED, :
:
:
Plaintiff, :
: 21-cv-4411 (LJL)
-v- :
: ORDER
:
AVERY DENNISON RETAIL INFORMATION :
SERVICES, LLC and AVERY DENNISON RFID :
COMPANY, :
:
Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The jointly submitted letter-motion to redact the Court's August 2, 2021 Opinion and Order, Dkt. No. 94, is GRANTED IN PART and DENIED IN PART. Dkt. No. 95. A partially redacted Opinion and Order will be filed on the docket. The Clerk of Court is respectfully directed to close Dkt. No. 95.

    The parties have filed various motions for certain documents to be filed under seal, at Dkt. Nos. 4, 40, 56, 74, 80, 83, and 100. By December 1, 2021, the parties shall jointly file a letter listing the documents that should remain under seal or redacted, in light of the redactions permitted to the Court's August 2, 2021 Opinion and Order. In this letter, the parties should provide no more than one sentence for each document for which confidentiality is sought, explaining the basis for the request, addressing whether the information has been publicly disclosed, and addressing whether disclosure at the present time would cause competitive or other serious harm.

    SO ORDERED.

Dated: November 24, 2021  
       New York, New York  
                                              LEWIS J. LIMAN  
                                              United States District Judge