```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
EVRYTHNG LIMITED,                                                  :
:
Plaintiff,                                                         :
:                    21-cv-4411 (LJL)
-v-                                                                :
:                       ORDER
:
AVERY DENNISON RETAIL INFORMATION                                  :
SERVICES, LLC and AVERY DENNISON RFID                              :
COMPANY,                                                           :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court respectfully directs the Clerk of Court to strike Dkt. No. 118, containing partially redacted material, from the docket in this case.


      SO ORDERED.


Dated: November 29, 2021
       New York, New York
                                        LEWIS J. LIMAN
                                    United States District Judge