UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2021
```

-------------------------------------------------------------------X
                                :

EVRYTHNG LIMITED,
                                :

               Plaintiff,        :

                                :                 21-cv-4411 (LJL)

      -v-                    :

                                :                   ORDER

AVERY DENNISON RETAIL INFORMATION  :
SERVICES, LLC and AVERY DENNISON RFID  :
COMPANY,                        :

                                :

             Defendants.     :

                                :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The parties are directed to appear for a telephonic conference with respect to the request
for sealing by EVRYTHNG on January 3, 2022 at 2:00 p.m.  Parties are directed to dial (888)
251-2909, use access code 2123101, and follow the necessary prompts.  In the past,
EVRYTHNG has requested sealing for information that plainly is not entitled to sealing,
multiplying work for the Court.  At the conference, EVRYTHNG should be prepared to identify
by docket number a filing which contains representative information that requires sealing under
the stringent standards set by the Second Circuit in *Lugosch v. Pyramid Company of Onondaga*,
435 F.3d 110 (2d Cir. 2006) and then to identify by page number and paragraph number each of
the <u>limited</u> items for which it requests sealing (besides client names, as to which the Court will
permit sealing).  In advance of the conference, EVRYTHNG should inform the Court, by e-mail
to LimanNYSDChambers@nysd.uscourts.gov, the particular filing the Court should have
available to review during the January 3rd conference.  The Court will rule on each item one-by-
one during the conference, and the Court's ruling will apply to that information in every filing in
which it appears (it being the case that the same information frequently appears in more than one
filing).  This will be the last time the Court addresses sealing with respect to the documents
previously filed under seal.

       After the conference, the Court will give EVRYTHNG one week to file revised versions
of the documents with proposed redactions pending on the docket as of January 3, 2022.  The
only redactions that should appear in these documents are those which the Court explicitly
allowed by its rulings during the January 3, 2022 conference and client names.  If, in those
documents, EVRYTHNG redacts additional information (besides client names) as to which it
was not given permission to make redactions during the January 3, 2022 conference, the Court
will consider EVRYTHNG to have forfeited its right to file papers with redactions and will

unseal in their entirety the previous filings made by EVRYTHNG.

SO ORDERED.

Dated: December 29, 2021
       New York, New York                     _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge