```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EVRYTHNG LIMITED,                                                 :
                                                                  :
                           Plaintiff,                             :
                                                                  :        21-cv-4411 (LJL)
         -v-                                                      :
                                                                  :             ORDER
AVERY DENNISON RETAIL INFORMATION                                 :
SERVICES, LLC and AVERY DENNISON RFID                             :
COMPANY,                                                          :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/4/2022

LEWIS J. LIMAN, United States District Judge:

The Court has before it thirteen motions to seal, some of which overlap with one another. *See* Dkt. Nos. 4, 40, 56, 74, 83, 140, 156, 161, 169, 173, 185, 186, and 194.

The motions at Dkt. Nos. 4, 40, 56, 74, and 83 are granted to the extent that they seek the sealing and redactions: (1) permitted in the Court's Order of December 10, 2021, Dkt. No. 167; (2) proposed by Avery Dennison in the documents fled at Dkt. Nos. 185 and 187; and (3) proposed by Evrythng in the documents filed at Dkt. Nos. 186, 188–91. As discussed at the Court's January 3rd conference, the motions to seal and redact filings at Dkt. Nos. 140, 156, 161, 169, 173, and 194 are granted.

The motions to seal are granted without prejudice to the Court reconsidering the redactions based on the submissions that will be made by Evrythng no later than January 24, 2022, following the instructions discussed at the conference on January 3, 2022. By January 28, 2022, Defendants shall make particularized objections with respect to information that it does not believe should remain under seal or redacted, including information that is within the public domain.

The motion to unseal certain portions of Plaintiff's first amended complaint, Dkt. No. 141, is denied, subject to the Court's reconsideration of its decision based on the submissions that will be made by Evrythng no later than January 24, 2022.

To the extent that this Order would require the refiling of public documents to reflect updated redactions proposed by the parties and approved by this Order—i.e., any modifications to the public-but-redacted documents filed in connection with the motions at Dkt. Nos. 4, 40, 56, 74, or 83 that are warranted in light of the motions at Dkt. Nos. 185 and 186—the obligation to refile those documents is suspended pending the Court's order on the submission to be made on

January 24, 2022.

    The Clerk of Court is respectfully directed to close Dkt. Nos. 4, 40, 56, 74, 83, 140, 141, 156, 161, 169, 173, 185, 186, and 194.

    SO ORDERED.

Dated: January 4, 2022  
       New York, New York

                                                              LEWIS J. LIMAN  
                                              United States District Judge