```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
AVERY DENNISON RFID COMPANY and AVERY                           :
DENNISON RETAIL INFORMATION SERVICES                            :
LLC,                                                            :
                                                                :          22-cv-00563 (LJL)
                          Plaintiffs,                           :
                                                                :              ORDER
         -v-                                                    :
                                                                :
EVRYTHNG LIMITED,                                               :
                                                                :
                          Defendant.                            :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022

LEWIS J. LIMAN, United States District Judge:

On January 21, 2022, this matter was transferred to this Court by order of Judge Sorokin. Dkt No. 40. I have accepted the case as related to 21cv4411. In his order, Judge Sorokin suggested that the parties bring to the attention of the Court the question of consolidation of this action or coordination with the action already pending here between the parties. Dkt No. 40 at 10.

It is hereby ordered that the Court will hold a telephonic conference in this case, along with the case at docket number 21cv4411 on February 23, 2022 at 3:30PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. One week in advance of that conference, the parties are to submit a proposed case management plan setting forth their proposals with respect to the management of this case along with a joint letter no more than 3 single-spaced pages setting forth their positions with respect to consolidation and/or coordination.

This order is being filed simultaneously in 21cv4411.

SO ORDERED.

Dated: February 3, 2022
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge