UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVRYTHNG LIMITED,<br><br>           Plaintiff,<br><br>           -v-<br><br>AVERY DENNISON RETAIL INFORMATION SERVICES, LLC, AVERY DENNISON RFID COMPANY, AVERY DENNISON CORP., AVERY DENNISON ATMA GMBH, AVERY DENNISON ATMA d.o.o., and AVERY DENNISON RETAIL INFORMATION SERVICES UK LTD.,<br><br>           Defendants. | Civil Action No. 1:21-cv-04411-LJL<br><br>**ORDER OF DISMISSAL** |

      Before the Court is the Joint Motion to Dismiss of Plaintiff EVRYTHNG Limited and Defendants Avery Dennison Retail Information Services, LLC, Avery Dennison RFID Company, Avery Dennison Corporation, Avery Dennison atma Gmbh, Avery Dennison atma d.o.o. and Avery Dennison Retail Information Services UK Ltd. (collectively, the "Parties") pertaining to the above-captioned action. Having considered the Joint Motion to Dismiss, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Motion to Dismiss should be, in all respects, GRANTED.

      IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed WITH PREJUDICE, and Defendants' counterclaims against Plaintiff are dismissed WITH PREJUDICE, as set forth in the Joint Motion to Dismiss, with each party to the Joint Motion to Dismiss to bear its own costs, expenses, and attorneys' fees.

      The Clerk of the Court is directed to CLOSE this case.

So ORDERED and SIGNED this 22nd day of March, 2022.

_____
The Honorable Lewis J. Liman
U.S.D.J.