UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVRYTHING LIMITED,

                      Plaintiff,

-against-

AVERY DENNISON RETAIL INFORMATION
SERVICES, LLC, AVERY DENNISON RFID
COMPANY, AVERY DENNISON CORP.,
AVERY DENNISON ATMA GMBH, AVERY
DENNISON ATMA d.o.o., and AVERY
DENNISON RETAIL INFORMATION
SERVICES UK LTD.,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2022

21 **CIVIL** 4411 (LJL)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 22, 2022, the Court is of the opinion that the Joint Motion to Dismiss should be, in all respects, GRANTED. Plaintiff's claims against Defendants are dismissed WITH PREJUDICE, and Defendants' counterclaims against Plaintiff are dismissed WITH PREJUDICE, as set forth in the Joint Motion to Dismiss, with each party to the Joint Motion to Dismiss to bear its own costs, expenses, and attorneys' fees; accordingly, the case is closed.

**Dated:** New York, New York

        March 23, 2022

                                                           **RUBY J. KRAJICK**

                                                            Clerk of Court

                                  **BY:**

                                                             Deputy Clerk